598

**DOLGENCORP, LLC**

v.

**Angela Michelle SMITH**

2131036

Court of Civil Appeals of Alabama.

01/29/2015

Reh. denied 03/03/2015

Dismissed

**T.M.B.**

v.

**ALABAMA DEP'T OF HUMAN RES.**

2131037

Court of Civil Appeals of Alabama.

01/29/2015

Dismissed

**SOUTHPACE PROPS., INC.**

v.

**Kelvin BOTHWELL and
Deanne Bothwell**

2131038

Court of Civil Appeals of Alabama.

01/30/2015

Affirmed

**Michael MEADE and Jenny Meade**

v.

**WRM & ASSOCS. d/b/a ServiceMaster**

2131039

Court of Civil Appeals of Alabama.

2/13/2015

Reh. denied 3/20/2015

Affirmed

**Anita Crook HORTON, individually
and as pers. representative of the
estate of Thomas Horton**

v.

**Evyonna HORTON**

2131041

Court of Civil Appeals of Alabama.

01/15/2015

Dismissed